UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**FILED**
CHARLOTTE, NC

JAN 8 2008

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| IN RE: | ) | MISC NO. 3:06MJ393 |
| | ) | |
| SEARCH WARRANT | ) | **ORDER TO UNSEAL** |
| | ) | **SEARCH WARRANT** |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the search warrant, affidavit and application for search warrant in this cause be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

This the 8th day of January, 2008.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE